UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Georgetown County Fire Protection District & Midway Fire Rescue, )<br>)<br>Plaintiff, )<br>)<br>versus )<br>)<br>G2 Corporation d/b/a Screen Tight, )<br>)<br>Defendant. )<br>G2 Corporation d/b/a Screen Tight, )<br>)<br>Third-Party Plaintiff, )<br>)<br>versus )<br>)<br>Georgetown County Water and Sewer District, )<br>)<br>Third-Party Defendant. )<br>_____ ) | C/A No. 2:08-1914-PMD<br><br><br><br><br><br><br><br>**THIRD-PARTY DEFENDANT GEORGETOWN COUNTY WATER & SEWER DISTRICT'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |

TO:   SEAN D. HOUSEAL, ESQUIRE, ATTORNEY FOR DEFENDANT/THIRD-PARTY PLAINTIFF:

YOU WILL PLEASE TAKE NOTICE that the Third-Party Defendant, Georgetown County Water and Sewer District (hereinafter "GCWSD"), hereby moves, pursuant to Rule 56(b), Fed. R. Civ. P., for partial summary judgment on Defendant/Third-Party Plaintiff, G2 Corporation d/b/a Screen Tight's (hereinafter "Screen Tight's") third-party claims for CERCLA contribution; Breach of Contract; Breach of Warranties; and Negligence. The bases of GCWSD's Motion are as follows:

   I.   <u>CERCLA</u>:   GCWSD was not an "owner" or "operator" of a "facility" as those terms are defined in 42 U.S.C.A. §9601 (20)(A) or §9607(a) and thus cannot be a "covered person" liable under CERCLA;

II. <u>Breach of Contract</u>: Screen Tight's claim is barred by the applicable statute of limitations;

III. <u>Breach of Warranties</u>: Screen Tight's claim is barred by the applicable statute of limitations; and

IV. <u>Negligence</u>: Screen Tight's claim is barred by the applicable statute of limitations.

GCWSD's Motion is supported by its contemporaneously filed Memorandum in Support and the Exhibits and Affidavit attached thereto.

Accordingly, GCWSD respectfully requests that summary judgment be granted to GCWSD on Screen Tight's first, second, third and fourth third party claims.

MCNAIR LAW FIRM, P.A.

_____
David J. Mills  Fed ID #4928
dmills@mcnair.net
William W. Doar, Jr. Fed ID #554
bdoar@mcnair.net
Post Office Box 1469
Pawleys Island, South Carolina 29585

<u>Physical Address</u>:
14361 Ocean Highway
Third Floor
Pawleys Island, South Carolina 29585
Tel: (843) 546-6102

Attorneys for Third-Party Defendant
Georgetown County Water and Sewer District

Pawleys Island, South Carolina
December 18, 2009